| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4874-002C | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the Eastern District of Texas | | |
| Plaintiff: VIRTAMOVE, CORP.<br>Defendant: INTERNATIONAL BUSINESS MACHINES CORP. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00064-JRG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement; Appearance of Counsel (Christian Conkle); Appearance of Counsel (Jonathan Ma); Appearance of Counsel (Amy E. Hayden); Appearance of Counsel (Neil A. Rubin); Appearance of Counsel (Marc A. Fenster); Notice of Case Assigned to District Judge Rodney Gilstrap; Notice of Consent to Proceed Before Magistrate Judge

3. *a. Party served:* INTERNATIONAL BUSINESS MACHINES CORP.
   *b. Person served:* Jacqueline Mejia, authorized to accept for CT Corporation System, Inc., Agent for Service of Process
   *Served under F.R.C.P. Rule 4.*

4. *Address where the party was served:* 330 North Brand Boulevard, Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 08 2024 (2) at: 12:40 PM

6. *Person Who Served Papers:*
   a. Douglas Forrest (5141, Los Angeles)          d. *The Fee* for Service was: $196.19
   **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/08/2024
*(Date)*                                    *(Signature)*



PROOF OF
SERVICE

10393197
(5610021)