UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-00064-JRG

Name of party requesting extension: International Business Machines Corporation

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/8/2024

Number of days requested:  ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 4/15/2024    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Andrea L. Fair

State Bar No.: 24078488

Firm Name: Ward, Smith & Hill, PLLC

Address: 1507 Bill Owens Parkway
Longview, TX 75604

Phone: 903-757-6400

Fax: 903-757-2323

Email: andrea@wsfirm.com

A certificate of conference does not need to be filed with this unopposed application.