### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | |
| Plaintiff, | Case No.  2:24-cv-00064-JRG |
| v. | **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | |
| Defendant. | |

### NOTICE OF DESIGNATION OF LEAD COUNSEL

COMES NOW, Plaintiff VirtaMove, Corp. hereby notifies the Court and all parties of record that Reza Mirzaie, Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025, is designated as lead counsel for Plaintiff in the above-captioned case.

Dated: February 20, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*