UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Defendant. | Case No. 2:24-cv-00064-JRG |

**ORDER GRANTING DEFENDANT'S
PARTIAL MOTION TO DISMISS**

Before the Court is Defendant International Business Machines Corp.'s Rule 12(b)(6) Partial Motion to Dismiss and Brief in Support of Same. The Court, having considered same, is of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff VirtaMove, Corp.'s claims of pre-suit indirect infringement and pre-suit willful infringement are hereby DISMISSED WITHOUT PREJUDICE.