AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VIRTAMOVE, CORP. )<br>*Plaintiff* )<br>v. )<br>INTERNATIONAL BUSINESS MACHINES CORP. )<br>*Defendant* ) | Case No.  2:24-cv-00064-JRG |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIRTAMOVE, CORP.

Date: 04/16/2024

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
4925 Greenville Ave., Suite 200
Dallas, TX 75206

*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset