# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:24-CV-00093-JRG § (LEAD CASE) HEWLETT PACKARD ENTERPRISE § COMPANY, § § *Defendant*. § § | |
| VIRTAMOVE, CORP., § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:24-CV-00064-JRG § (MEMBER CASE) INTERNATIONAL BUSINESS § MACHINES CORP., § § *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Virtamove, Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (collectively, the "Parties"). (Dkt. No. 329). In the Stipulation, the Parties stipulate to the dismissal of all claims with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Lead Case No. 2:24-cv-00093-JRG and Member Case No. 2:24-cv-00064 since no live disputes remain in this series of consolidated cases. (*See* Dkt. No. 214).

## So Ordered this

**Nov 16, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE